AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>JUAN JOSE CORONADO GONZALEZ<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |
| | Case No.   23-mj-142<br>HSI<br>11563673<br>2303-0614-0675-J |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    JUAN JOSE CORONADO GONZALEZ                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment          ❏ Information      ❏ Superseding Information      ☑ Complaint

❏ Probation Violation Petition          ❏ Supervised Release Violation Petition          ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

Title 46 U.S.C. 70503: An individual may not knowingly or intentionally manufacture or distribute, or possess with intent to manufacture or distribute, a controlled substance on board a vessel of the United States or a vessel subject to the jurisdiction of the United States.

Title 46 U.S.C. 70506(b): Conspiracy to violate Title 46 U.S.C. 70503

Date:   06/12/2023

P. Bradley Murray

Digitally signed by P. Bradley Murray
Date: 2023.06.12 13:33:32 -05'00'

*Issuing officer's signature*

City and state:    Mobile, Alabama

Hon. P. Bradley Murray, U.S. Magistrate Judge

*Printed name and title*

---

| **Return** |
|---|

This warrant was received on *(date)*    6/12/2023      , and the person was arrested on *(date)*    6/16/2023
at *(city and state)*    Miami, FL                        .

Date:    6/16/2023

*Andrea Jenkins*

*Arresting officer's signature*

Andrea Jenkins, IA

*Printed name and title*