IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CRIMINAL NO.   23-cr-00133-CG |
| | * |
| BIANELY SERRANO | * |

### UNITED STATES' MOTION TO DISMISS

COMES NOW the United States of America, by and through Sean P. Costello, the United States Attorney for the Southern District of Alabama, and George F. May, Assistant United States Attorney and, in the best interests of justice, moves to dismiss the indictment, against solely the defendant, **BIANELY SERRANO**, without prejudice, in the above captioned case.

Respectfully submitted,

SEAN P. COSTELLO
UNITED STATES ATTORNEY
By:

*/s/George F. May*
GEORGE F. MAY
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 415-7119

1